UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-548(DSD/JMM)

Mathiowetz Constructions Company,
a Minnesota corporation,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

State of Minnesota, et al.,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Antitrust List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: March 29, 2001

David S. Doty, Judge
U.S. District Court

(5)

FILED 3-29-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

Date: March 30, 2001 jr

RECORD OF DOCKET TEXT

0:01-cv-00548 Mathiowetz Constr Co v. MN Dept of Trans

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty) Case reassigned to Judge Donovan W. Frank per the Antitrust list, and Case referred to Magistrate Judge Arthur J. Boylan 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL