**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Mathiowetz Construction Company, Civil No. 01-548 DWF/AJB

Plaintiff,

v.

The State of Minnesota, et al.,

Defendants.

**ORDER ON MOTION TO COMPEL MOTION TO AMEND COMPLAINT AND MOTION TO AMEND SCHEDULING**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff Mathiowetz Construction Company's motion to amend the complaint [Docket No. 41], motion to compel discovery from defendant International Union of Operating Engineers Local No. 49, and motion to amend scheduling. [Docket No. 43]. Hearing was held on October 25, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Dyanna L. Street, Esq., appeared on behalf of the plaintiff. Brendan D. Cummins, Esq., appeared on behalf of defendant International Union Local No. 49. Jennifer Mattson Dick, Esq., Assistant Attorney General, appeared on behalf of defendant State of Minnesota. Robert F. Rode, Esq., appeared on behalf of defendant Southern Minnesota Construction Company, Inc.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff Mathiowetz Construction Company's motion to amend the complaint is **granted** [Docket No. 41].



FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. Plaintiff Mathiowetz Construction Company's motion to compel discovery and to amend the Pretrial Scheduling Order is **granted in part and denied in part** as further provided herein [Docket No. 43].

3. The motion to amend the Pretrial Scheduling Order is hereby **granted** as herein provided. The Order is amended to extend the deadlines for completing discovery and bringing non-dispositive motions. Discovery shall be commenced in time to be completed by December 1, 2001. Non-dispositive motions and supporting documents, including those relating to discovery, shall be served and filed by January 1, 2002. These extensions shall not be construed to extend any deadlines which may have passed prior to the date of this Order.

4. Plaintiff's motion to compel discovery is **denied** except as set forth below. Defendant International Union Local No. 49 is not required to answer plaintiff's Interrogatory No. 8, on condition that information is provided in accordance with its previous agreement on discovery. Plaintiff shall have until November 15, 2001, in which to provide defendant International Union Local No. 49 with a list of projects on which plaintiff Mathiowetz Construction Company has submitted bids. Defendant International Union Local No. 49 shall thereafter have until December 1, 2002, to provide documents and information as proposed in defendant Local No. 49's letter to plaintiff's counsel dated June 27, 2001, and accepted by return letter dated July 1, 2001, therein requiring, via compromise agreement, that Local No. 49 provide "(3) information in [its] possession on jobs on which Mathiowetz was a bidder and a grant was received by a contractor other that SMC, including information as to the amount of the grant, the amount of the bid, and wages and fringes paid." Failure by plaintiff to timely provide a list of projects on which information is requested will constitute an abandonment of its demand for the

discovery. Failure by defendant Local No. 49 to timely respond to the discovery upon proper submission of a project list by plaintiff will constitute a waiver of any objection to Interrogatory No. 8, and defendant will be required to fully respond to Interrogatory No. 8 without the necessity of further motion by plaintiff.

Dated: 10/26/01

Arthur J. Boylan
United States Magistrate Judge